**Order entered January 7, 2020**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-01130-CV

### IN THE INTEREST OF J.A.R. AND L.S.R., CHILDREN

**On Appeal from the 330th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-13-21760**

## ORDER

Before the Court is appellant's January 6, 2020 motion for an extension of time to file her brief on the merits. We **GRANT** the motion. We **ORDER** the brief tendered to this Court by appellant on January 6, 2020 filed as of the date of this order.

/s/     KEN MOLBERG
        JUSTICE